United States District Court
Eastern District of California

David Guaydacan

Plaintiff(s)

V.

Sierra Mountain Group, Inc., et al.

Defendant(s)

Case Number: 1:26-cv-07637-JLT-HBK

ORDER APPROVING
APPLICATION FOR PRO HAC VICE
Doc. 10

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew H. Payne hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

See Attached List

On 10/07/2025 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: October 28, 2026

Signature of Applicant: /s/ Matthew H. Payne

**Pro Hac Vice Attorney**

Applicant's Name: Matthew H. Payne

Law Firm Name: Scopelitis, Garvin, Light, Hanson & Feary, P.C.

Address: 30 West Monroe Street

Suite 1600

City: Chicago State: IL Zip: 60603

Phone Number w/Area Code: (312) 255-7200

City and State of Residence: Chicago, I linois

Primary E-mail Address: mpayne@scopelitis.com

Secondary E-mail Address: sparker@scopelitis.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Thomas F. Cochrane

Law Firm Name: Scopelitis, Garvin, Light, Hanson & Feary, LLP

Address: 100 Spectrum Center Drive

Suite 900

City: Irvine, State: CA Zip: 92618

Phone Number w/Area Code: (949) 800-8601 Bar # 318635

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/29/2026

Helena M. Barch-Kuchta

MAGISTRATE JUDGE, U.S. DISTRICT COURT